Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN THE MATTER



OF K.M.C., 



A JUVENILE,


§


 


§


 


§


 


§


 


§


 


 § 

No. 08-07-00194-CV



Appeal from the


323rd District Court

of Tarrant County, Texas


(TC# 85978-J)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to withdraw his notice of appeal and dismiss
the appeal pursuant to Tex.R.App.P. 42.1(a)(1) because he no longer desires to prosecute the appeal. 
The motion reflects that the juvenile understands the consequences of giving up his right to appeal. 
The State does not object to the motion to dismiss. We therefore grant the motion and dismiss the
appeal. See Tex.R.App.P. 42.1(a)(1).


March 27, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.